HORRY COUNTY, a body politic, and The Horry County Airport Commission, Respondents v. CITY OF MYRTLE BEACH, a body politic; Lakewood Pleasure Park, Inc., a South Carolina Corporation; Phillip E. Perry, C. Shannon Perry, Donald E. Perry and Barbara P. Jones d/b/a Perry Issue Company, a South Carolina general partnership; The South Carolina National Bank as Trustee; and Ponderosa, Inc., a South Carolina Corporation, Petitioners.

(361 S. E. (2d) 615)

Supreme Court

## Oct. 21, 1987.

## ORDER

The Writ of Certiorari from the decision of the Court of Appeals in *Horry County v. City of Myrtle Beach,* 288 S. C. 412, 343 S. E. (2d) 36 (Ct. App. 1986), issued on March 11, 1987, is dismissed as improvidently granted. *See,* S. C. Supreme Court Rules of Practice, Rule 55, Section 3, (1987).